7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* William Michael Wray
*Debtor*

*Bankruptcy Case No.*
11−44263−drd7

**Maureen Scully**
    Plaintiff(s)

*Adversary Case No.*
12−04100−drd

v.

**Susan Wray**
**Susan C. Wray Revocable Trust**
**Cape Investments, LLC**
**Country Squire Investments, Ltd.**
**Excelsior Manor, Inc.**
**HMC Investments Group, LLC**
**Lakeside Properties, Inc.**
**Reno Financial, Ltd.**
**W. Michael Wray Revocable Trust**
**William Michael Wray**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is entered in favor of the Trustee against Defendant Reno Financial, Ltd. on COUNT 12 of
the Second Amended Complaint and the Trustee is awarded monetary damages in the amount of $127,000, together with all applicable pre−judgment interest, post−judgment interest, and costs and attorneys fees. Judgment is entered in favor of the Trustee and against Defendant on COUNT 15
and any claims by Defendant against the Debtors bankruptcy estate are hereby disallowed
pursuant to 11 U.S.C. § 502; and, COUNT 13 of the Second Amended Complaint as it relates to Defendant only is dismissed without prejudice.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 3/28/14

Court to serve