7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* William Michael Wray
*Debtor*

*Bankruptcy Case No.*
11–44263–drd7

**Maureen Scully**
    Plaintiff(s)

*Adversary Case No.*
12–04100–drd

v.

**Susan Wray**
**Susan C. Wray Revocable Trust**
**Cape Investments, LLC**
**Country Squire Investments, Ltd.**
**Excelsior Manor, Inc.**
**HMC Investments Group, LLC**
**Lakeside Properties, Inc.**
**Reno Financial, Ltd.**
**W. Michael Wray Revocable Trust**
**William Michael Wray**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is entered in favor of the Trustee against Defendant W. Michael Wray Revocable Trust on COUNTS 10 and 13 of the Second Amended Complaint and the transfers sought to be avoided in such counts are avoided pursuant to 11 U.S.C. § 544 and/or 548 (the Avoided Transfers). In lieu of recovering the actual property transferred with respect to the Avoided Transfers, the Trustee, pursuant to 11 U.S.C.§ 550(a), is entitled to and is hereby awarded a judgment for monetary damages against Defendant in the amount of $2,620,900.00, together with all applicable prejudgment interest and post–judgment interest. Judgment is entered in favor of the Trustee and against Defendant on COUNT 15 and any claims by Defendant against the Debtors bankruptcy estate are hereby disallowed pursuant to 11 U.S.C. § 502; and COUNTS 1 and 2 of the Second Amended Complaint as they relate to Defendant only are dismissed without prejudice.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 3/28/14

Court to serve